COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

JAIME ALBERT PRIMERA,  §  No. 08-19-00135-CR

        Appellant,  §  Appeal from the

v.  §  112<sup>th</sup>District Court

THE STATE OF TEXAS  §  of Pecos County, Texas

        State.  §  (TC# P-3845-112-CR)

§

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **February 14, 2020.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Adrian A. Valadez, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 14, 2020.

IT IS SO ORDERED this 13th day of January, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.